Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., a foreign entity d/b/a/ "PORNHUB"; AYLO USA INC., a Delaware corporation; AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; Toqon, LLC, a Delaware limited liability company; AYLO BILLING LTD., a foreign entity; AYLO BILLING US CORP., a Delaware corporation; AYLO CY HOLDINGS LTD., a foreign entity,

Defendants.

Case No. 2:24-cv-03267-MCS-JPR

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

Assigned to the Hon. Marc C. Scarsi

Hearing
Date: November 4, 2024
Time: 9:00 a.m.
Location: 350 W. First Street
Courtroom 7C, 7th Floor
Los Angeles, CA 90012

Complaint filed: April 19, 2024
Trial set: not set

Seth R. Goldman (admitted *Pro Hac Vice*)
SRGoldman@mintz.com
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

Christopher A. Lisy (admitted *Pro Hac Vice*)
CALisy@mintz.com
Scott Lashway (admitted *Pro Hac Vice*)
SLashway@mintz.com
Mara O'Malley (admitted *Pro Hac Vice*)
MOMalley@mintz.com
**MINTZ LEVIN COHN FERRIS**
**GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 4, 2024, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Marc C. Scarsi, in Courtroom 7C of the First Street Courthouse, located at 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd) will and hereby do move the Court for an order compelling arbitration or, in the alternative, dismissing Plaintiff Jane Doe's Complaint (ECF No. 1) in its entirety for lack jurisdiction and failure to state a claim.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and the Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(2), and 12(b)(6). Defendants bring this Motion on the grounds that Plaintiff should be compelled to arbitrate her claims against Defendants because Plaintiff agreed and does not dispute that she agreed to be bound by a binding arbitration clause in the parties' agreement. The case should be stayed pending the outcome of arbitration. In the alternative, this case should be dismissed because Plaintiff fails to state any claim upon which relief can be granted, and this Court lacks personal jurisdiction over six of the named Defendants.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 13, 2024. This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Andreas Alkiviades Andreou; the Declaration of Christopher A. Lisy and the exhibits thereto; all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

DATED: August 20, 2024

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher A. Lisy*

Christopher A. Lisy (admitted *Pro Hac Vice*)
Seth R. Goldman (admitted *Pro Hac Vice*)
Scott Lashway (admitted *Pro Hac Vice*)
Mara O'Malley (admitted *Pro Hac Vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)*