GLANCY PRONGAY & MURRAY LLP
Jonathan M. Rotter (#234137)
Holly K. Nye (#355966)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
jrotter@glancylaw.com

CLARKSON LAW FIRM
Glenn A. Danas (#270317)
Katelyn M. Leeviraphan (#348549)
22525 Pacific Coast Highway
Malibu, CA 90265
Phone: (213) 788-4050
gdanas@clarksonlawfirm.com
kleeviraphan@clarksonlawfirm.com

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
David M. Given (#142375)
Nicholas A. Carlin (#112532)
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Phone: (415) 398-0900
dmg@phillaw.com
nac@phillaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., a foreign entity d/b/a/ "PORNHUB"; AYLO USA INC., a Delaware corporation; AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; Toqon, LLC, a Delaware limited liability company; AYLO BILLING LTD., a foreign entity; AYLO BILLING US CORP., a Delaware corporation; AYLO CY HOLDINGS LTD., a foreign entity

Defendants.

Case No. 2:24-cv-03267-MCS-JPR

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

Plaintiff Jane Doe ("Plaintiff") hereby submits this Notice of Supplemental Authority ("Notice") in Further Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss. *See* ECF No. 32.

On October 12, 2024, the Second Circuit vacated a lower court dismissal of a Video Privacy Protection Act ("VPPA") claim brought against a newsletter provider, finding that the district court erred by holding that signing up for a newsletter did not make the plaintiff a "subscriber of goods or services." *Salazar v. Nat'l Basketball Assoc.*, Case No. 23-1147 (2d Cir. Oct. 15, 2024) (slip op.) (attached hereto as Exhibit A).

DATED: October 16, 2024

Respectfully submitted,

By: */s/ Jonathan M. Rotter*

GLANCY PRONGAY & MURRAY LLP
Jonathan M. Rotter
Holly K. Nye
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
jrotter@glancylaw.com
hnye@glancylaw.com

CLARKSON LAW FIRM
Glenn A. Danas
Katelyn M. Leeviraphan
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
gdanas@clarksonlawfirm.com
kleeviraphan@clarksonlawfirm.com

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
David M. Given
Nicholas A. Carlin
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900
dmg@phillaw.com
nac@phillaw.com

*Counsel for Plaintiff*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 16, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2024.

*/s/ Jonathan M. Rotter*
Jonathan M. Rotter