Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., a foreign entity d/b/a/ "PORNHUB"; AYLO USA INC., a Delaware corporation; AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; Toqon, LLC, a Delaware limited liability company; AYLO BILLING LTD., a foreign entity; AYLO BILLING US CORP., a Delaware corporation; AYLO CY HOLDINGS LTD., a foreign entity

Defendants.

Case No. 2:24-cv-03267-MCS-JPR

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

Assigned to the Hon. Marc C. Scarsi

Hearing
Date: November 4, 2024
Time: 9:00 a.m.
Location: 350 W. First Street
Courtroom 7C, 7th Floor
Los Angeles, CA 90012

Complaint filed: April 19, 2024
Trial set: not set

Seth R. Goldman (admitted *Pro Hac Vice*)
SRGoldman@mintz.com
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

Christopher A. Lisy (admitted *Pro Hac Vice*)
CALisy@mintz.com
Scott Lashway (admitted *Pro Hac Vice*)
SLashway@mintz.com
Mara O'Malley (admitted *Pro Hac Vice*)
MOMalley@mintz.com
**MINTZ LEVIN COHN FERRIS,
GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)

Defendants hereby submit this Notice of Supplemental Authority ("Notice") in Further Support of Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss. *See* ECF No. 31.

On October 21, 2024, a court in the Northern District of California denied a motion to vacate the Court's previous order staying the case and referring the parties to arbitration, concluding that California Code of Civil Procedure § 1281.98, a companion statute to § 1281.97, is preempted by the Federal Arbitration Act. *Russell v. Siemens Indus. Software Inc.*, 2024 U.S. Dist. LEXIS 191246 (N.D. Cal. Oct. 21, 2024) (attached hereto as Exhibit A).

DATED: October 23, 2024

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

*By: /s/ Christopher A. Lisy*
Christopher A. Lisy (admitted *Pro Hac Vice*)
Seth R. Goldman (admitted *Pro Hac Vice*)
Scott Lashway (admitted *Pro Hac Vice*)
Mara O'Malley (admitted *Pro Hac Vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on October 23, 2024.

*/s/Christopher A. Lisy*
Christopher A. Lisy