CLARKSON LAW FIRM
Glenn A. Danas (#270317)
Katelyn M. Leeviraphan (#348549)
22525 Pacific Coast Highway
Malibu, CA 90265
Phone: (213) 788-4050
gdanas@clarksonlawfirm.com
kleeviraphan@clarksonlawfirm.com

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
David M. Given (#142375)
Nicholas A. Carlin (#112532)
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Phone: (415) 398-0900
dmg@phillaw.com
nac@phillaw.com

GLANCY PRONGAY & MURRAY LLP
Jonathan M. Rotter (#234137)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
jrotter@glancylaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., a foreign entity d/b/a/ "PORNHUB"; AYLO USA INC., a Delaware corporation; AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; Toqon, LLC, a Delaware limited liability company; AYLO BILLING LTD., a foreign entity; AYLO BILLING US CORP., a Delaware corporation; AYLO CY HOLDINGS LTD., a foreign entity

Defendant.

Case No. 2:24-cv-03267-MCS-JPR

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

Assigned to the Hon. Marc C. Scarsi

Hearing Date: November 4, 2024
Time: 9:00 a.m.
Location: 350 W. First Street
Courtroom 7C, 7th Fl.
Los Angeles, CA 90012

Complaint filed: April 19, 2024

Trial set: not set

Plaintiff Jane Doe ("Plaintiff") hereby submits this Notice of Supplemental Authority ("Notice") in Further Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration, or in the Alternative, to Dismiss. *See* ECF No. 32.

On January 29, 2025, the California Court of Appeal, First Appellate District, Division One affirmed the trial court's order vacating a prior order to compel arbitration pursuant to California Code of Civil Procedure Section 1281.98, concluding in part that California Code of Civil Procedure Section 1281.98 is not preempted by the Federal Arbitration Act. *Colon-Perez v. Sec. Indus. Specialists*, No. A168297, ___ Cal. App. 5th ___, 2025 Cal. App. LEXIS 40 (Jan. 29, 2025) ("We conclude [that section 1281.98 is not preempted], as have all but one of the Courts of Appeal that have considered the issue.") (attached hereto as Exhibit A).

DATED: January 30, 2025

Respectfully submitted,

By: */s/ Glenn A. Danas*

CLARKSON LAW FIRM
Glenn A. Danas
Katelyn M. Leeviraphan
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
gdanas@clarksonlawfirm.com
kleeviraphan@clarksonlawfirm.com

GLANCY PRONGAY & MURRAY LLP
Jonathan Rotter
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
jrotter@glancylaw.com

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
David M. Given
Nicholas A. Carlin
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129

Phone: (415) 398-0900
dmg@phillaw.com
nac@phillaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on January 30, 2025.

By: */s/ Glenn A. Danas*
Glenn A. Danas