Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
Michael Boelter (SBN 353529)
kleeviraphan@clarksonlawfirm.com
**CLARKSON LAW FIRM**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

Attorneys for Plaintiff

[*Additional Counsel on Next Page*]

Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants

[*Additional Counsel on Next Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., a foreign entity d/b/a/ "PORNHUB"; AYLO USA INC., a Delaware corporation; AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; Toqon, LLC, a Delaware limited liability company; AYLO BILLING LTD., a foreign entity; AYLO BILLING US CORP., a Delaware corporation; AYLO CY HOLDINGS LTD., a foreign entity<br><br>Defendants. | Case No. 2:24-cv-03267-MCS-JPR<br><br>**JOINT STATUS REPORT**<br><br>Assigned to the Hon. Mark C. Scarsi<br><br>Next Status Report Due: October 16, 2026 |

JOINT STATUS REPORT

Jonathan M. Rotter (SBN 234137)
jrotter@glancylaw.com
**GLANCY PRONGAY WOLKE & ROTTER LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

Nicholas A. Carlin (SBN 112532)
nac@phillaw.com
**PHILLIPS, ERLEWINE & CARLIN LLP**
39 Mesa Street
Suite 202 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900

David M. Given (SBN 142375)
dgiven@counselllp.com
**COUNSEL LLP**
230 California Street, Suite 201
San Francisco, CA 94111
Telephone: (415) 227-0555

Attorneys for Plaintiff

Seth R. Goldman (admitted *Pro Hac Vice*)
SRGoldman@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

Christopher A. Lisy (admitted *Pro Hac Vice*)
CALisy@mintz.com
Scott Lashway (admitted *Pro Hac Vice*)
SLashway@mintz.com
Mara O'Malley (admitted *Pro Hac Vice*)
MOMalley@mintz.com
**MINTZ LEVIN COHN FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorneys for Defendants

Pursuant to the Court's February 24, 2025 Order, the Parties submit this joint status report regarding the status of the arbitration between Plaintiff Jane Doe and Defendants. (*See* ECF No. 45 at 5.)

In accordance with the Court's Order, in March 2025 the case was submitted to arbitration before the AAA. The arbitration proceedings are ongoing.

As directed, the Parties will submit a further status report on or before October 16, 2026, and will notify the Court within seven days of the conclusion of the arbitration proceedings.

1

JOINT STATUS REPORT

DATED: June 18, 2026

By: /s/ Jonathan Rotter

Jonathan Rotter
GLANCY PRONGAY WOLKE &
ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
jrotter@glancylaw.com

Glenn A. Danas
Michael Boelter
CLARKSON LAW FIRM
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
gdanas@clarksonlawfirm.com
kleeviraphan@clarksonlawfirm.com

Nicholas A. Carlin
PHILLIPS, ERLEWINE & CARLIN LLP
39 Mesa Street, Suite 202 – The Presidio
San Francisco, CA 94129
Phone: (415) 398-0900
nac@phillaw.com

David M. Given
COUNSEL LLP
230 California Street, Suite 201
San Francisco, CA 94111
Phone: (415) 227-0555
dgiven@counselllp.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: /s/ Christopher A. Lisy

Christopher A. Lisy (admitted *Pro Hac Vice*)
Scott Lashway (admitted *Pro Hac Vice*)
Mara O'Malley (admitted *Pro Hac Vice*)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
CALisy@mintz.com
SLashway@mintz.com
MOMalley@mintz.com

Seth R. Goldman (admitted *Pro Hac Vice*)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
SRGoldman@mintz.com

Nada I. Shamonki
Nadia A. Zivkov
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
NIShamonki@mintz.com
NAZivkov@mintz.com

*Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo USA Incorporated, Aylo Global Entertainment Inc., 9219-1568 Quebec Inc., Toqon, LLC, Aylo Billing Limited, Aylo Billing US Corp., and Aylo CY Holdings Ltd (n/k/a Aylo Group Ltd)*

2

JOINT STATUS REPORT

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

*/s/ Christopher A. Lisy*
Christopher A. Lisy

---

3
JOINT STATUS REPORT

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on June 18, 2026.


/s/ Christopher A. Lisy
Christopher A. Lisy

4
JOINT STATUS REPORT